# HEARING MINUTES

Cause No:        4:21-cv-2086

Style:           CITGO Petroleum Corporation v. Teknik Trading LLC

Hearing Type:    Status Conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Allie McQueen, Nicole Perry | CITGO Petroleum Corporation |
| Mark Stratton, Ben Reiss | Teknik Trading LLC |

Date: July 24, 2023                     Court reporter: ERO
Time: 1:30 p.m.—1:50 p.m.               Law Clerk: P. Cragg


At the hearing, the following rulings were made as stated on the record:

> The Court held a status conference. (Dkt. 146). Docket call will be held on December 14, 2023 at 3:00 PM. Trial is scheduled for January 8, 2024 at 1:30 PM. All pending motions are under advisement.