IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITGO PETROLEUM CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-02086 |
| TEKNIK TRADING, LLC, | § § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

Plaintiff CITGO Petroleum Corporation ("CITGO") and Defendant Teknik Trading, LLC ("Teknik") hereby notify the Court that they have reached a tentative settlement to resolve this matter. The Parties request that the Court (1) vacate the January 10, 2024 deadline for the Joint Pretrial Order and Motions in Limine (*see* ECF No. 159) and any other deadlines that may remain, (2) remove the January 10, 2024 hearing on the Parties' motions for summary judgment (*see* ECF No. 162), and (3) remove this case from the trial docket (*see* ECF No. 159 (setting docket call for January 12, 2024 and scheduling trial for January 29, 2024)).

The tentative settlement will resolve any dispute over the Stranded Goods. However, under current OFAC regulations, OFAC approval is required before the settlement can be finalized and a settlement agreement executed. The parties have sought the appropriate licensing from OFAC but cannot control the timing of OFAC's response. As such, the Parties request allowance to notify the Court when OFAC responds to the

parties' license request. CITGO will file a notice of dismissal within thirty (30) days of receiving the OFAC license. The parties can provide monthly reports on the status of OFAC approval and settlement if that would be helpful to the Court.

| | |
|---|---|
| Dated: January 5, 2024 | Respectfully submitted, |
| | |
| */s/ Nicole M. Perry* | */s/ Benjamin L. Reiss* |
| Nicole M. Perry | C. Mark Stratton |
| Attorney-In-Charge | Attorney-in-Charge |
| S.D. Texas No. 725420 | S.D. Texas No. 12144 |
| Texas Bar No. 24056367 | Texas Bar No. 19359200 |
| J. Laurens Wilkes | Gregory J. Casas |
| S.D. Texas No. 737955 | S.D. Texas No. 16836 |
| Texas Bar No. 24053548 | Texas Bar No. 00787213 |
| Piper Sierra Replogle | Alan W. Hersh |
| S.D. Texas No. 3831644 | S.D. Tex. No. 2564354 |
| Texas Bar No. 24131609 | GREENBERG TRAURIG, LLP |
| JONES DAY | 300 West 6th Street, Suite 2050 |
| 717 Texas Avenue, Suite 3300 | Austin, TX 78701 |
| Houston, TX  77002.2712 | strattonm@gtlaw.com |
| nmperry@jonesday.com | casasg@gtlaw.com |
| jlwilkes@jonesday.com | hersha@gtlaw.com |
| preplogle@jonesday.com | Telephone: +1.512.320.7200 |
| Telephone:  +1.832.239.3939 | Facsimile:   +1.512.320.7210 |
| Facsimile:   +1.832.239.3600 | |
| | Paul D. Turner, *Pro Hac Vice* |
| Allison L. McQueen, *Pro Hac Vice* | Florida Bar No. 121690 |
| Illinois Bar No. 6330120 | PERLMAN, BAJANDAS, YEVOLI & |
| JONES DAY | ALBRIGHT, P.L. |
| 110 North Wacker Drive, Suite 4800 | 200 S. Andrews Avenue, Suite 600 |
| Chicago, IL  60606 | Ft. Lauderdale, FL 33134 |
| amcqueen@jonesday.com | Telephone: +1.954.566.7117 |
| Telephone:  +1.312.782.3939 | pturner@pbyalaw.com |
| Facsimile:   +1.312.782.8585 | |
| | Benjamin L. Reiss, *Pro Hac Vice* |
| COUNSEL FOR CITGO PETROLEUM | Florida Bar No. 121690 |
| CORPORATION | Nima Tahmassebi, *Pro Hac Vice* |
| | Florida Bar No. 121690 |
| | Kristin Drecktrah Paz, *Pro Hac Vice* |

- 3 -

Florida Bar No. 91026
PERLMAN, BAJANDAS, YEVOLI &
ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: +1.305.377.0086
breiss@pbyalaw.com
ntahmassebi@pbyalaw.com
kpaz@pbyalaw.com

COUNSEL FOR TEKNIK TRADING,
LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system and was thereby served upon all counsel of record.

                                                      */s/ Nicole M. Perry*
                                                      Nicole M. Perry