IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CITGO PETROLEUM CORPORATION, § § § | |
| Plaintiff, § § | Case No. 4:21-cv-02086 |
| v. § § | |
| TEKNIK TRADING, LLC, § § § | |
| Defendant. § | |

## NOTICE OF CASE STATUS

Plaintiff CITGO Petroleum Corporation ("CITGO") and Defendant Teknik Trading, LLC ("Teknik") understand that March 12, 2024 is the deadline to reinstate the above-captioned case. (Conditional Dismissal Order, ECF No. 165.) Despite the Parties' best efforts, the settlement remains pending and could not be completed prior to this deadline. (*See id.*) CITGO and Teknik have diligently sought OFAC approval of the proposed settlement, but the Parties have yet to receive an affirmative response from OFAC related to the proposed settlement in this matter. (*See* Notice of Settlement, ECF No. 163.) As such, the Parties respectfully request additional time to finalize and document the settlement agreement. The Parties will notify the Court once OFAC approval is received. CITGO will file a notice of dismissal following receipt of the OFAC license and finalization of the settlement agreement. The Parties can also provide a status report every six months if that would be helpful to the Court.

| | |
|---|---|
| Dated:  March 12, 2024 | Respectfully submitted, |
| /s/ Nicole M. Perry | /s/ Benjamin L. Reiss |
| Nicole M. Perry<br>Attorney-In-Charge<br>S.D. Texas No. 725420<br>Texas Bar No. 24056367<br>Piper Sierra Replogle<br>S.D. Texas No. 3831644<br>Texas Bar No. 24131609<br>JONES DAY<br>717 Texas Avenue, Suite 3300<br>Houston, TX  77002.2712<br>nmperry@jonesday.com<br>preplogle@jonesday.com<br>Telephone:  +1.832.239.3939<br>Facsimile:  +1.832.239.3600<br><br>Allison L. McQueen, *Pro Hac Vice*<br>Illinois Bar No. 6330120<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL  60606<br>amcqueen@jonesday.com<br>Telephone:  +1.312.782.3939<br>Facsimile:  +1.312.782.8585<br><br>COUNSEL FOR CITGO PETROLEUM CORPORATION | C. Mark Stratton<br>Attorney-in-Charge<br>S.D. Texas No. 12144<br>Texas Bar No. 19359200<br>Gregory J. Casas<br>S.D. Texas No. 16836<br>Texas Bar No. 00787213<br>Alan W. Hersh<br>S.D. Tex. No. 2564354<br>GREENBERG TRAURIG, LLP<br>300 West 6th Street, Suite 2050<br>Austin, TX 78701<br>strattonm@gtlaw.com<br>casasg@gtlaw.com<br>hersha@gtlaw.com<br>Telephone: +1.512.320.7200<br>Facsimile:   +1.512.320.7210<br><br>Paul D. Turner, *Pro Hac Vice*<br>Florida Bar No. 121690<br>PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.<br>200 S. Andrews Avenue, Suite 600<br>Ft. Lauderdale, FL 33134<br>Telephone: +1.954.566.7117<br>pturner@pbyalaw.com<br><br>Benjamin L. Reiss, *Pro Hac Vice*<br>Florida Bar No. 121690<br>PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134<br>Telephone: +1.305.377.0086<br>breiss@pbyalaw.com<br><br>COUNSEL FOR TEKNIK TRADING, LLC |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 12, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system and was thereby served upon all counsel of record.

                                                      */s/ Nicole M. Perry*
                                                      Nicole M. Perry