United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CITGO PETROLEUM CORPORATION, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 4:21-cv-02086 |
| § § | |
| TEKNIK TRADING, LLC, § § § | |
| Defendant. § | |

## ORDER ON CITGO'S UNOPPOSED EMERGENCY MOTION TO STAY PROCEEDINGS AFFECTING BLOCKED PROPERTY

AND NOW, this __10th__ day of June, 2024, it is hereby ordered that, for good cause shown, Plaintiff CITGO Petroleum Corporation ("CITGO")'s Unopposed Emergency Motion for Stay of Proceedings Affecting Blocked Property, is GRANTED. No party or non-party to the above-captioned lawsuit shall take any action to perfect liens, transfer title, move, sell, or otherwise dispose of the Stranded Goods until the date OFAC authorizes the transfer of the Stranded Goods, through a license or guidance, as requested by CITGO and Teknik Trading, LLC. For purposes of this Order, "Stranded Goods" shall encompass the following material:

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 160165-T-DAOO | 120253 | Houston | 50,111.00 | 2222.78 | 11/8/2016 |
| n/a | 160165-T-DAOO | 120721 | Houston | 1,720.00 | 77.19 | 12/5/2016 |
| n/a | 160165-T-DAOO | 120504 | Houston | 3,415.00 | 149.032 | 11/15/2016 |
| n/a | 160165-T-DAOO | 120389 | Houston | 6,152.00 | 286.04 | 11/16/2016 |
| n/a | 160165-T- | 120337 | Houston | 2,368.00 | 112.38 | 11/16/2016 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 160165-T-DAOO | 120390 | Houston | 14,915.00 | 647.75 | 11/10/2016 |
| n/a | 160121-T-DAIO | 120755 | Houston | 397.00 | 14.22 | 12/8/2016 |
| n/a | 160355-T-DAIO | 17767 | Houston | 26,950.00 | 872.593 | 1/10/2018 |
| n/a | 160355-T-DAIO | 17766 | Houston | 12,442.00 | 273 | 10/25/2017 |
| n/a | 160122-T-DAIO | 7634 | Houston | 412.00 | 18.384 | 9/5/2017 |
| n/a | 140076-T-EP-9WK | 111300 | Houston | 1,815.00 | 56.97 | 9/21/2015 |
| n/a | 140076-T-EP-9WK | 111314 | Houston | 1,350.00 | 50.21 | 9/21/2015 |
| n/a | 140076-T-EP-9WK | 111207 | Houston | 3,027.00 | 170.38 | 9/16/2015 |
| n/a | 140076-T-EP-9WK | 111198 | Houston | 4,637.00 | 269.63 | 9/16/2015 |
| n/a | 170052-T-SSL III -6 | 5136 | Houston | 1,075.66 | 103.333 | 7/12/2017 |
| n/a | 170052-T-SSL III -6 | 13709 | Houston | 543.98 | 52.257 | 1/25/2018 |
| n/a | 170052-T-SSL III -6 | 123866 | Houston | 4,147.00 | 96.46 | 5/23/2017 |
| n/a | 170028-T-El Palito | 5565 | Houston | 6.00 | 0.289 | 7/20/2017 |
| n/a | 170028-T-El Palito | 124209 | Houston | 12.00 | 0.57 | 6/7/2017 |
| n/a | 170031-T-GSSLL-01 | 123790 | Houston | 10,969.00 | 501.598 | 5/24/2017 |
| n/a | 170031-T-GSSLL-01 | 4970 | Houston | 538.00 | 37.028 | 7/8/2017 |
| n/a | 170064-T-CRP | 17325 | Houston | 3.01 | 0.289 | 4/18/2018 |
| n/a | 170064-T-CRP | 4585 | Houston | 21,469.22 | 343.904 | 7/18/2017 |
| n/a | 170064-T-CRP | 7786 | Houston | 21.68 | 0.347 | 9/8/2017 |
| n/a | 170064-T-CRP | 3145 | Houston | 24,091.07 | 364.045 | 6/16/2017 |
| n/a | 170064-T-CRP | 4595 | Houston | 32,657.63 | 523.125 | 7/14/2017 |
| n/a | 160387-T-CRP | 5129 | Houston | 28.46 | 2.734 | 7/12/2017 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 160387-T-CRP | 123498 | Houston | 4,879.00 | 331.028 | 5/9/2017 |
| n/a | 160387-T-CRP | 14369 | Houston | 38.40 | 3.689 | 2/7/2018 |
| n/a | 160387-T-CRP | 123993 | Houston | 4,823.00 | 559.76 | 6/6/2017 |
| n/a | 160387-T-CRP | 122627 | Houston | 1,029.00 | 122.71 | 5/25/2017 |
| n/a | 160387-T-CRP | 19270 | Houston | 665.90 | 10.667 | 6/6/2018 |
| n/a | 170121-T-CRP | 124147 | Houston | 5,031.00 | 123.64 | 6/6/2017 |
| n/a | 170121-T-CRP | 123682 | Houston | 8,113.00 | 243.21 | 5/16/2017 |
| n/a | 140031-T-CRP-B-REV.4 | 108563 | Houston | 81,900.00 | 5107.813 | 6/23/2015 |
| n/a | 160352-T-CRP | 5466 | Houston | 14,655.00 | 451.854 | 7/18/2017 |
| n/a | 140116-T-CRP-B | 106862 | Houston | 222,573.00 | 14069.25 | 4/22/2015 |
| n/a | 150226-T-CRP | 121060 | Houston | 5,353.00 | 153.54 | 12/15/2016 |
| n/a | 160319-T-CRP | 8223 | Houston | 1.00 | 0.77 | 9/20/2017 |
| n/a | 170065-T-CRP | 5726 | Houston | 1,400.00 | 26.667 | 7/24/2017 |
| n/a | 170065-T-CRP | 5806 | Houston | 25,327.00 | 567.906 | 7/26/2017 |
| n/a | 170065-T-CRP | 123394 | Houston | 33,741.00 | 538.37 | 5/12/2017 |
| n/a | 170065-T-CRP | 6133 | Houston | 9.00 | 0.42 | 8/2/2017 |
| n/a | 170065-T-CRP | 19283 | Houston | 10,831.69 | 173.507 | 6/13/2018 |
| n/a | 160381-T-CRP | 121547 | Houston | 42.00 | 1.46 | 10/12/2017 |
| n/a | 160314-T-CRP | 123673 | Houston | 1,922.00 | 181.11 | 5/17/2017 |
| n/a | 150342-T-CRP | 10914 | Houston | 231.00 | 8 | 11/10/2017 |
| n/a | 150342-T-CRP | 4625 | Houston | 1,872.84 | 30 | 7/13/2017 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 170101-T-CRP | 16442 | Houston | 3.00 | 0.13 | 3/28/2018 |
| n/a | 160300-T-CRP | 16382 | Houston | 1.00 | 0.579 | 3/27/2018 |
| n/a | 170060-T-CRP | 15300 | Houston | 1.00 | 0.637 | 3/1/2018 |
| n/a | 170060-T-CRP | 6225 | Houston | 1.00 | 0.422 | 8/2/2017 |
| n/a | 170063-T-CRP | 4164 | Houston | 24,000.05 | 384.444 | 7/14/2017 |
| n/a | 170063-T-CRP | 4582 | Houston | 32,272.00 | 516.948 | 8/1/2017 |
| n/a | 170063-T-CRP | 4594 | Houston | 21,455.00 | 429 | 7/26/2017 |
| n/a | 170063-T-CRP | 4590 | Houston | 20,787.00 | 302.935 | 7/20/2017 |
| n/a | 170063-T-CRP | 10985 | Houston | 225.00 | 8.667 | 11/14/2017 |
| n/a | 170063-T-CRP | 11068 | Houston | 468.21 | 7.5 | 11/14/2017 |
| n/a | 170063-T-CRP | 4118 | Houston | 22,244.00 | 407.833 | 7/7/2017 |
| n/a | 170063-T-CRP | 4120 | Houston | 29,987.00 | 446.074 | 7/11/2017 |
| n/a | 170063-T-CRP | 123972 | Houston | 24,505.00 | 330.86 | 5/31/2017 |
| n/a | 170063-T-CRP | 123979 | Houston | 25,762.00 | 439.23 | 6/12/2017 |
| n/a | 170063-T-CRP | 5333 | Houston | 6.56 | 0.63 | 7/15/2017 |
| n/a | 170063-T-CRP | 4622 | Houston | 23,172.00 | 366.701 | 7/21/2017 |
| n/a | 170063-T-CRP | 4637 | Houston | 28,173.00 | 367.667 | 7/27/2017 |
| n/a | 170063-T-CRP | 4712 | Houston | 23,973.00 | 311.25 | 7/28/2017 |
| n/a | 170063-T-CRP | 5331 | Houston | 3,421.00 | 68 | 8/1/2017 |
| n/a | 170063-T-CRP | 4569 | Houston | 19,450.68 | 311.57 | 7/25/2017 |
| n/a | 170063-T-CRP | 123973 | Houston | 22,487.00 | 374.62 | 6/2/2017 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 140054-T-CRP | 122119 | Houston | 7.00 | 1.05 | 9/9/2014 |
| n/a | 6710-239 | 107274 | Houston | 20,996.00 | 687.33 | 5/4/2015 |
| n/a | 6710-239 | 107278 | Houston | 1,412.00 | 49.49 | 5/4/2015 |
| n/a | 6710-239 | 107271 | Houston | 5,712.00 | 360 | 5/4/2015 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 24787 | Houston | 252.00 | 22.5 | 10/15/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 24010 | Houston | 35,372.91 | 566.608 | 10/8/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 25381 | Houston | 5.10 | 0.49 | 10/8/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 23691 | Houston | 19,315.57 | 1855.547 | 9/25/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 23948 | Houston | 116,077.86 | 1859.389 | 9/26/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 23954 | Houston | 21,794.99 | 2093.731 | 10/4/2018 |
| n/a | 170044-T-PDVSA_GAS_QUIZANDA | 23690 | Houston | 115,838.00 | 1855.547 | 9/25/2018 |
| n/a | 170081-T-PDVSA GAS | 20489 | Houston | 1.00 | 0.25 | 7/9/2018 |
| n/a | 160211-T-PDVSA GAS-C | 120026 | Houston | 48.00 | 1.59 | 10/12/2016 |
| n/a | 160211-T-PDVSA GAS-B | 120447 | Houston | 2.00 | 0.3 | 11/11/2016 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| n/a | 170040-T-PDVSA GAS | 25382 | Houston | 60.00 | 1.956 | 10/29/2018 |
| n/a | 170040-T-PDVSA GAS | 20982 | Houston | 24.00 | 0.833 | 7/19/2018 |
| n/a | 160202-T-CRP | 25020 | Houston | 42,780.00 | 4019.762 | 4/13/2018 |
| n/a | 160351-T-CRP | 7059 | Houston | 1,286.00 | 51.59 | 8/21/2017 |
| n/a | 160351-T-CRP | 7585 | Houston | 5.00 | 0.637 | 9/5/2017 |
| n/a | 150342-T-CRP | 10914 | Houston | 248.38 | 3.979 | 11/10/2017 |
| n/a | 170086-T-CRP | 24164 | Houston | 2,665.76 | 42.701 | 8/17/2017 |
| n/a | 170028-T-El Palito | 18406 | Houston | 14,045.00 | 686.227 | 5/16/2018 |
| n/a | 170142-T-CRP | 16375 | Houston | 462.65 | 44.444 | 3/27/2018 |
| n/a | 170054-T-PDVSA GAS | 13778 | Houston | 1.77 | 0.17 | 1/31/2018 |
| n/a | 170044-T-PDVSA GAS_PLANTA JOSE | 24214 | Houston | 1,171.28 | 18.762 | 10/9/2018 |
| n/a | 170116-T-CRP | 18791 | Houston | 21,593.00 | 556.379 | 5/31/2018 |
| POTT0408 | 160156-T-DAIO | 402213 | Miami | 2,471.75 | 237.45 | 7/19/2016 |
| POTT0426 | 160155-T-DAIO | 16598 | Miami | 243.53 | 23.395 | 4/3/2018 |
| POTT0292 | 160113-T-FPO | 410688 | Miami | 37.00 | 1.92 | 5/5/2017 |
| POTT0292 | 160113-T-FPO | 7350 | Miami | 52.00 | 2.969 | 8/28/2017 |
| POTT0292 | 160113-T-FPO | 410700 | Miami | 9.00 | 0.34 | 5/5/2017 |
| POTT0292 | 160113-T-FPO | 407368 | Miami | 219.00 | 21.13 | 1/11/2017 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| POTT1322 | 170032-T-GSSLL | 410534 | Miami | 1,291.00 | 59.09 | 5/2/2017 |
| POTT1322 | 170032-T-GSSLL | 410647 | Miami | 671.00 | 29.77 | 5/3/2017 |
| POTT1570 | 170097-T-GSSLL | 7672 | Miami | 105.00 | 3.5 | 9/6/2017 |
| POTT1570 | 170097-T-GSSLL | 7587 | Miami | 1,481.00 | 94.059 | 10/5/2017 |
| POTT1726 | 170097-T-GSSLL | 23513 | Miami | 130.00 | 17.083 | 9/17/2018 |
| POTT1726 | 170097-T-GSSLL | 20737 | Miami | 2.00 | 0.361 | 7/13/2018 |
| POTT1726 | 170097-T-GSSLL | 25899 | Miami | 18.00 | 0.278 | 11/8/2018 |
| POTT1726 | 170097-T-GSSLL | 10818 | Miami | 1,229.00 | 47.081 | 11/9/2017 |
| POTT1726 | 170097-T-GSSLL | 18163 | Miami | 243.00 | 266.024 | 5/10/2018 |
| POTT1587 | 170050-T-GSSLL | 6077 | Miami | 8,655.81 | 831.519 | 8/2/2017 |
| POTT1587 | 170050-T-GSSLL | 6000 | Miami | 15,248.53 | 1464.847 | 8/1/2017 |
| POTT1587 | 170050-T-GSSLL | 5808 | Miami | 8,318.46 | 799.111 | 7/27/2017 |
| POTT1587 | 170050-T-GSSLL | 5807 | Miami | 3,390.36 | 325.694 | 7/27/2017 |
| POTT1587 | 170050-T-GSSLL | 6032 | Miami | 12,619.52 | 1212.292 | 8/1/2017 |
| POTT1587 | 170050-T-GSSLL | 5809 | Miami | 27,176.99 | 2610.752 | 7/31/2017 |
| POTT1587 | 170050-T-GSSLL | 4738 | Miami | 20,667.39 | 1985.41 | 7/17/2017 |
| POTT1587 | 170050-T-GSSLL | 6196 | Miami | 3,375.83 | 324.299 | 8/3/2017 |
| POTT1587 | 170050-T-GSSLL | 4761 | Miami | 31,617.59 | 3037.338 | 7/5/2017 |
| POTT1587 | 170050-T-GSSLL | 7359 | Miami | 1,524.20 | 146.422 | 8/29/2017 |
| POTT1587 | 170050-T-GSSLL | 7526 | Miami | 1,631.39 | 156.719 | 9/1/2017 |
| POTT1587 | 170050-T-GSSLL | 7673 | Miami | 5,045.20 | 484.666 | 9/7/2017 |

| Teknik PO # | CITGO PO # | WH # | Location | Charg. Weight (Lbs) | Tot. Cubic | Date of Receipt |
|---|---|---|---|---|---|---|
| POTT1587 | 170050-T-GSSLL | 8221 | Miami | 2,873.06 | 276 | 9/20/2017 |
| POTT1587 | 170050-T-GSSLL | 5666 | Miami | 23,734.35 | 2280.036 | 7/24/2017 |
| POTT1587 | 170050-T-GSSLL | 4729 | Miami | 1,811.81 | 174.051 | 7/3/2017 |
| POTT1587 | 170050-T-GSSLL | 6240 | Miami | 47,914.84 | 4602.93 | 8/7/2017 |
| POTT1587 | 170050-T-GSSLL | 8218 | Miami | 7,751.00 | 481.171 | 9/20/2017 |
| POTT0518 | 160152-T-PGO-PCM | 403743 | Miami | 9.00 | 0.72 | 9/7/2016 |
| POTT1443 | 160371-T-PDVSA GAS | 10009 | Miami | 106.00 | 106 | 10/24/2017 |
| POTT0683 | 160190-T-PDVSA GAS CAT-07-A | 410767 | Miami | 5.00 | 0.34 | 5/15/2017 |
| 140147-T-OPAC | 140147-T-OPAC_REV 2 | 384542 | Miami | 1,570.00 | 78.75 | 3/6/2015 |
| 140147-T-OPAC | 140147-T-OPAC_REV 2 | 383533 | Miami | 30,131.00 | 1496.25 | 2/13/2015 |

SIGNED at Houston, Texas on June 10, 2024.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE