IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITGO PETROLEUM CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-02086 |
| TEKNIK TRADING, LLC, | § § § § | |
| Defendant. | § § | |

## NOTICE OF CASE STATUS

Pursuant to this Court's March 18, 2024 Order Reinstating Case (ECF No. 167), Plaintiff CITGO Petroleum Corporation ("CITGO") and Defendant Teknik Trading, LLC ("Teknik") provide the following update on the Parties' tentative settlement agreement.

***OFAC Approval.*** OFAC approval of the Parties' settlement agreement remains pending. As explained in the Parties' Notice of Settlement (ECF No. 163), OFAC approval is required before the settlement can be finalized and a settlement agreement executed. The Parties have diligently sought the appropriate licensing,[1] but are unable to control the timing of OFAC's response. CITGO has been in touch with OFAC representatives about the status of the Parties' license request and, as recently as August 20, 2024, the license remained in line for review but with no estimated timeline for completion.

---

[1] Both CITGO and Teknik filed their respective OFAC license requests in December 2023.

***Emergency Motion to Stay.*** Since the last status update, this Court granted CITGO's Unopposed Emergency Motion to Stay Proceedings Affecting Blocked Property (the "Emergency Order"). (ECF No. 171.) This Emergency Order was necessitated by defaults and eviction proceedings against the Clover-entities (Teknik's sister companies that leased the warehouses where the Stranded Goods are located) and to prevent any inadvertent violations of Executive Orders 13850 and 13884 by the associated landlords.

The Parties have since been engaged in extensive discussions with EastGroup, the Houston landlord. Understandably, EastGroup wishes to re-lease its warehouse and resume operations. But without an OFAC license, the Parties' hands are tied. While Teknik and Clover are not in the financial position to afford any payment to EastGroup, the Parties have made good faith efforts to ease EastGroup's concerns. For example, on August 15, 2024 and September 9, 2024, CITGO identified for EastGroup which of the goods located at EastGroup's warehouse are subject to sanctions and this Court's Emergency Order. The Parties will continue to confer with EastGroup in good faith.

The Parties understand that September 12, 2024 is the current deadline to reinstate the above-captioned case. (Order Reinstating Case, ECF No. 167.) Despite the Parties' best efforts, the settlement remains pending and no OFAC license has been obtained. Therefore, the Parties respectfully request an additional six-month extension, setting the deadline to reinstate to March 12, 2025. The Parties will notify the Court as soon as OFAC approval is received. Upon receiving OFAC approval, the settlement agreement will be finalized and CITGO will file a notice of dismissal.

Dated:  September 11, 2024

/s/ Nicole M. Perry
Nicole M. Perry
Attorney-In-Charge
S.D. Texas No. 725420
Texas Bar No. 24056367
Piper S. Replogle
S.D. Texas No. 3831644
Texas Bar No. 24131609
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX  77002.2712
nmperry@jonesday.com
preplogle@jonesday.com
Telephone:  +1.832.239.3939
Facsimile:   +1.832.239.3600

Allison L. McQueen, *Pro Hac Vice*
Illinois Bar No. 6330120
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
amcqueen@jonesday.com
Telephone:  +1.312.782.3939
Facsimile:   +1.312.782.8585

COUNSEL FOR CITGO PETROLEUM CORPORATION

Respectfully submitted,

/s/ Benjamin L. Reiss
C. Mark Stratton
Attorney-in-Charge
S.D. Texas No. 12144
Texas Bar No. 19359200
Gregory J. Casas
S.D. Texas No. 16836
Texas Bar No. 00787213
Alan W. Hersh
S.D. Tex. No. 2564354
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
strattonm@gtlaw.com
casasg@gtlaw.com
hersha@gtlaw.com
Telephone: +1.512.320.7200
Facsimile:   +1.512.320.7210

Paul D. Turner, *Pro Hac Vice*
Florida Bar No. 121690
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
200 S. Andrews Avenue, Suite 600
Ft. Lauderdale, FL 33134
Telephone: +1.954.566.7117
pturner@pbyalaw.com

Benjamin L. Reiss, *Pro Hac Vice*
Florida Bar No. 121690
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: +1.305.377.0086
breiss@pbyalaw.com

COUNSEL FOR TEKNIK TRADING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system and was thereby served upon all counsel of record.

*/s/ Nicole M. Perry*
Nicole M. Perry
